IN THE COURT OF CRIMINAL APPEALS
IN AUSTIN TEXAS SUPREME BLDG.

PD-0979-15

Jaime Luevano #1655291

vs.

No. _____

State of Texas, Jurors of the
Indictment only, Etc...

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 30 2015

Abel Acosta, Clerk

Appeal # 04-15-00430-CR
# 15-03-00028-CR

MOTION TO APPEAL CRIMINAL CASE PENDING
OF THE DISCLOSURE OF THE INDICTMENT

To the Honorable Judges of Austin Texas:
Comes Jaime Luevano to File this Motion
to Appeal Criminal Case Pending of the most
Disclosure of the Indictment - etc.. in the
General, Starting with "Camera Review" of
All Documents Due to the Production of the
Indictment, The Hearings, Transcripts, Record-
ings, Etc... All Related to making of the
Indictment like Before the Jury (Lucas)
was pick - The Jury Panel, Etc.... Due to
under the RICO Act of U.S. Congress that this
False Case was to Destroy the Pardon of Mr.
B.H. OBAMA of the White House Files of File
plus other special Release Due to on-going of
Patterns of Corruptions, schemes, Conspiracies of
*Copy of Affidavit and ReHearing* Thanks!! Texas!
Jaime Luevano #1655291,
Connally Unit - 899 FM 632
Kenedy, Texas 78119
(27 July 2015) Respectfully Jaime Luevano

## *AFFIDAVIT*

To U.S. Rep. Vela Filemon in Washington D.C. 20510 In U.S. Congress - House of Hearings!

So Now Everything is coming to Light - As I Send a Petition For Hearings in U.S. most Congress As Mr. Vela Filemon Removes It From Washington And Sends It Back to Texas San Antonio to "Eddie L. Jr." which Noting Was Done oor' no Word Like my Petition was Lost, Just like It was Remove From Congress! This Misconduct for the Special police of U.S. Congress Investigation But why? Well Like more to the Light coming out Like Mr. Vela Filemon is Cousin (related to Justice Luz Elena Chapa And Justice Patricia O. Alvarez that Gives Her Two (2) Thumbs up on (Him) Vela F. Just like I Have Said it right of this Tyranny Ruthless Ring Mob Inc. of San Antonio, Kennedy, Karnes, Etc... if not Related then Friends Etc... Now Mr. U.S. Rep Vela Filemon Let's Try this one more time For the Petition is For Hearings in U.S. most Congress But No where in Texas As It, most Address to U.S. Congress then Here in General?

James Luciano # 1655791
Connally Unit — 899 FM632 (July 2015)
Kennedy, Texas 78119

Respectfully
James Luciano

IN THE COURT OF APPEALS FOR THE FOURTH (4TH). DISTRICT FOR TEXAS SAN ANTONIO

Jaime Luevano #1655791

VS.

State of Texas

NO. 04-15-00430-CR

*Motion For ReHearing*

MOTION FOR REHEARINGS AND TO AMEND-

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 30 2015
Abel Acosta, Clerk

To the Texas Judges of San Antonio ° comes Jaime Luevano to File Motion For ReHearing And to Amend - An Affidavit to the Justice Judges of this Court of Appeals IN San Antonio - So And ③ that this Judges Have to Be part of this Tyrant Ring mob Inc. Just Like El Paso Texas Family Runs mob Inc. From the affidavit saying of "Chapa" and the other "P. Alvarez" can they Be Link to any of the officers that work Here-on- USE to work as A Grievance Lady chapa - Then the District att. Alfred Hernandez that officers work in this Unit even An Lady officer name Hernandez that All in a Hate Crime campaign - or- the other District Attorney Rene m. Pena Family Related to other Pena's that work Here. Just Like the Cart Pending of Sgt. A. Pena - The Never Ending S.464 List to this "Endless chain scheme", Etc... What About R. (Becky) Martinez to Martinez

JAIME LUEVANO #1655791
CONNALLEY Unit - 899 Fm 632
Kennedy, Texas 78119     (24th July 2015)  Respectfully
Jaime Luevano